MEMORANDUM OPINION



No. 04-04-00490-CV



John de los SANTOS,


Appellant



v.



BANK OF AMERICA, N.A. and Sharon Aten,


Appellees



From the 408th Judicial District Court, Bexar County, Texas


Trial Court No. 2004-CI-03783


Honorable Janet P. Littlejohn, Judge Presiding



PER CURIAM


Sitting: Karen Angelini, Justice

 Sandee Bryan Marion, Justice

 Phylis J. Speedlin, Justice


Delivered and Filed: September 1, 2004


DISMISSED

 The parties have filed a joint motion to dismiss the appeal, stating that they have settled all
disputes. We grant the motion and dismiss the appeal. See Tex. R. App. P. 42.1(a). Costs of the
appeal are taxed against appellant.

 PER CURIAM